[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12881
_____

D.C. Docket No. 3:11-cr-00248-MMH-JRK-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMY ELIZABETH NEWBY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 23, 2015)

Before WILSON, FAY, and RIPPLE,[*] Circuit Judges.

PER CURIAM:

Amy Elizabeth Newby appeals her 15-month sentence, imposed within the guideline range, for committing fraud in violation of 18 U.S.C. § 1341.  On appeal, Newby contends that the district court's factual findings were insufficient with respect to the loss amount for which she was held accountable, and that the district court erred when it declined to apply a mitigating role reduction.

Upon review of the parties' briefs and the relevant law, and having had the benefit of oral argument, we find no reversible error.  Accordingly, we affirm.

**AFFIRMED.**

---

[*] Honorable Kenneth F. Ripple, Senior Circuit Judge from the United States Court of Appeals for the Seventh Circuit, sitting by designation.